MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-7181
    Facsimile:    (415) 436-6748
    Email:    victoria.carradero@usdoj.gov
Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAVIER ALCALA, | ) | No. C 10-5760 RS |
|     Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DUE DATE FOR CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | ) ) | |
| ENVIRONMENTAL PROTECTION AGENCY | ) ) ) | |
|     Defendant. | ) ) | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
DUE DATE FOR CASE MANAGEMENT CONFERENCE STATEMENT
C 10-5760 RS

1   Plaintiff Javier Alcala ("Plaintiff") and Defendant United States of America, ("Defendant"),
2   hereby stipulate as follows:
3   The Case Management Conference in this matter is currently set for April 7, 2011, with a
4   statement due on March 31, 2011.  The U.S. Attorney's Office was served with the Complaint on
5   March 28, 2011.  The deadline for a response to the Complaint is May 27, 2011. Defendant
6   anticipates filing a motion to dismiss the Complaint on jurisdictional grounds.
7   As Defendant's counsel was only recently served with the Complaint, and the Complaint is
8   not yet at issue, the parties would like to continue the Case Management Conference until after a
9   ruling on Defendant's Motion.
10   ACCORDINGLY, the parties request that the Court continue the Case Management
11   Conference until June 23, 2011 with the statement due June 16, 2011.

**IT IS SO STIPULATED**

DATED: March 30, 2011                             JAVIER ALCALA

                                                  _____/s/_____
                                                  Plaintiff, Pro Se
                                                  (Electronic signature authorized
                                                  verbally to counsel)


DATED: March 30, 2011                             MELINDA HAAG
                                                  United States Attorney

                                                  _____/s/_____
                                                  Victoria R. Carradero
                                                  Assistant United States Attorney
                                                  Attorneys for Federal Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is continued from April 7, 2011 until June 23, 2011, with the joint CMC statement due June 16, 2011.

DATED: March 30, 2011                             _____
                                                  The Honorable Richard Seeborg
                                                  United States District Court Judge

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
DUE DATE FOR CASE MANAGEMENT CONFERENCE STATEMENT
C 10-5760 RS                                -2-