MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:      (415) 436-7181
Facsimile:      (415) 436-6748
Email:   victoria.carradero@usdoj.gov
Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAVIER ALCALA, | ) | No. C 10-5760 RS |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DUE DATES FOR DEFENDANT TO RESPOND TO COMPLAINT AND CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | ) | |
| ENVIRONMENTAL PROTECTION AGENCY | ) | |
| Defendant. | ) | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
DUE DATES FOR DEFENDANT TO RESPOND TO COMPLAINT AND CASE MANAGEMENT
CONFERENCE STATEMENT
C 10-5760 RS

1   Plaintiff Javier Alcala ("Plaintiff") and Defendant United States of America, ("Defendant"),
2  hereby stipulate as follows:
3   The Case Management Conference in this matter is currently set for June 23, 2011, with a
4  statement due on June 16, 2011.  The deadline for a response to the Complaint is May 27, 2011.
5  Defendant anticipates filing a motion to dismiss the Complaint on jurisdictional grounds.
6   As the Complaint is not yet at issue, the parties would like a short continuance of the
7  deadlines so that a ruling on Defendant's Motion can be obtained prior to any Case Management
8  Conference.
9   ACCORDINGLY, the parties request that the Court continue the due date for Defendant to
10 Respond to the Complaint until June 17, 2011 and the Case Management Conference until July
11 28, 2011 with the statement due July 21, 2011.
12 **IT IS SO STIPULATED**

DATED: May 9, 2011                              JAVIER ALCALA

                                                _____/s/_____
                                                Plaintiff, Pro Se
                                                (Electronic signature authorized
                                                verbally to counsel)

DATED: May 9, 2011                              MELINDA HAAG
                                                United States Attorney

                                                _____/s/_____
                                                Victoria R. Carradero
                                                Assistant United States Attorney
                                                Attorneys for Federal Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline for Defendant to respond to the Complaint is continued until June 17, 2011. The Case Management Conference is also continued from June 23, 2011 to July 28, 2011, with the joint CMC statement due July 21, 2011.

DATED: May  9 , 2011                            _____
                                                The Honorable Richard Seeborg
                                                United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
DUE DATES FOR DEFENDANT TO RESPOND TO COMPLAINT AND CASE MANAGEMENT
CONFERENCE STATEMENT
C 10-5760 RS                            -2-