1 | MELINDA HAAG (CSBN 132612)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7181
Facsimile: (415) 436-6748
Email: victoria.carradero@usdoj.gov

Angela Loc, Certified Student Attorney

Attorneys for Federal Defendant Environmental Protection Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAVIER ALCALA, ) | Case No. CV 10-5760 - RS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| U.S. ENVIRONMENTAL ) | |
| PROTECTION AGENCY AND DOES ) | |
| 1 TO 50 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No. CV 10-5760 - RS

Plaintiff Javier Alcala ("Plaintiff") and Defendant the United States Environmental Protection Agency[1] ("Defendant"), hereby stipulate to the dismissal with prejudice of all claims in the above entitled action.  Each side will bear its own attorneys' fees, expenses and costs.

DATED: July 28, 2011

JAVIER ALCALA

Plaintiff, Pro Se

DATED: July 28, 2011

MELINDA HAAG
United States Attorney

/s/
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Federal Defendant

**IT IS SO ORDERED.**

DATED: 7/29, 2011

Richard Seeborg
United States District Court Judge

---

[1] As Defendant noted, the proper defendant in an FTCA action is the United States of America.

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
No. CV 10-5760 - RS

2